# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| KEVIN TREVEL FLUELLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV413-180 |
| | ) |
| DETHA YOUNG, MAX MATHIS, | ) |
| CHARLES McCOY, | ) |
| SGT. SMOOT-LEE, DAVID LAMB, | ) |
| CPL. JACQUES FISHER, | ) |
| SGT. WARREN, SHERIFF AL ST. | ) |
| LAWRENCE, CHATHAM COUNTY | ) |
| PRISON COMPLEX, JOE KRONK, | ) |
| and PUBLIC DEFENDERS OFFICE, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On November 4, 2013, the Court ordered civil rights plaintiff Keven Truell Fluellen to amend his complaint in order to present a *short* and *plain* statement of his constitutional claims against state actors in place of his initial 74-page non-sensical pleading. (Doc. 5.) In its place, he has offered an even longer, even more disjointed complaint. (Doc. 6.)

It is clear from Fluellen's filings that he is a deeply disturbed man. In the margins of his filings he writes prayers to God and leaves notes to his ex-wife, Detha Young, then pauses to denounce this Court. He claims that the courts of this state have used Jim Crow tactics to deny him due process and have turned him into a slave. (*Id.* at 11.) He complains that *this* Court has thrown out his complaints regardless of their truth. (*Id.* at 1.) Underneath all that he seeks help undoing what he believes was an injustice perpetrated by his ex-wife and others. She apparently left him after his detention for spousal abuse, though he insists it was she who attacked him. (Doc. 6 at 11-18, 35.) Fluellen claims throughout his "complaint" that several police officers, the city, county, and others have refused to help him vindicate his rights.

His latest filing takes a darker turn. In his initial "complaint," he seemed contrite, frequently begging Young to take him back. (Doc. 1.) But it seems that he became enraged upon learning of her recent marriage. (Doc. 6-1 at 15.) He prays that "she die with the lies on (her) tongue." (*Id.* at 22.)

Fluellen's rambling and vitriolic diatribe will not do. He has failed

2

to obey the Court's order to file an abbreviated complaint clearly setting out his constitutional claims against defendants who were acting under color of state law. (Doc. 5 at 3.) Accordingly, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this __6th__ day of December, 2013.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA