IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEVIN TREVEL FLUELLEN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-180
)
DETHA YOUNG et al., )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 10). Plaintiff has also filed a second amended complaint along with his objections. (Doc. 11) After a careful de novo review of the record, the Court finds Plaintiff's objections without merit and can discern no grounds for relief in the amended complaint. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2013.

                            WILLIAM T. MOORE, JR.
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF GEORGIA